*bert L. Hall* for respondents.

No. 141.   HOLLOW ET AL. *v.* SHELL PETROLEUM CORP. ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Karl Knox Gartner* for petitioners.   *Messrs. Guy A. Thompson, Samuel A. Mitchell, Frank A. Thompson,* and *Truman Post Young* for respondents.

No. 143.   WOODHOUSE *v.* MONCURE, DAVIS & BUD-WESKEY ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Raymond M. Hudson* for petitioner. No appearance for respondents.

No. 144.   I. F. LAUCKS, INC. *v.* CHAS. H. LILLY Co. ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. G. Wright Arnold* for petitioner.   *Mr. Alfred Battle* for respondents.

No. 145.   I. F. LAUCKS, INC. *v.* CHAS. H. LILLY Co. ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. G. Wright Arnold* for petitioner.   *Mr. Alfred Battle* for respondents.

No. 147.   UNITED STATES EX REL. KARPAY *v.* UHL, ACTING COMMISSIONER OF IMMIGRATION.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court